IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Phylassaphine Jackson  n1926 )
_____ )
Full name and prison number )
of plaintiff(s)             )
                            )
v.                          )    CIVIL ACTION NO. 2:05cv991-D
                            )    (To be supplied by Clerk of
Cynthia Wheeler (Captain)   )    U.S. District Court)
Frank Albright (Warden)     )
Alex Amoomu (CO 1)          )
_____  )
                            )
_____  )
                            )
Name of person(s) who violated )
your constitutional rights.    )
(List the names of all the     )
persons.)                      )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Tutwiler Prison for women**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
**Julia Tutwiler Prison For Women**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                           ADDRESS

1. **Frank Albright  8966 U.S. Hwy 231 Wetumpka, Al 36092**
2. **Cynthia Wheeler  8966 U.S. Hwy 231 Wetumpka, Al 36092**
3. **Alex Amoomu  8966 U.S. Hwy 231 Wetumpka, Al 36092**
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **9-17-05 9-21-05  10/3/05**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Being Sexually Assaulted**

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

COI AlwAmoumoo sexually assaulted me in dorm #6 which is the recieving dorm on 9-17-05. I reported it & rape kit was done on me, but with him being the suspect no DNA was done on him to see if my skin, blood, or body fluids was under his nails.

GROUND TWO: Using pologragh as evidence to say the sexual assault didn't happen.

SUPPORTING FACTS: Pologragh test are not accurate; investigation shouldn't have been based on the results of pologragh. Plus the suspect is on probation.

GROUND THREE: I requested another pologragh test b/c I was on medicine & results of last pologragh & results of rape kit.

SUPPORTING FACTS: Dr Williams noted, my vagina was swollen; inflamed very tender and some form of damage was done. I want the investigation to be reconsidered and see law enforcement investigator about it.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Order for me not to be detained in segregation or restriction dorm put in general population because they only used a polygraph as evidence and did no DNA on the Amount.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Oct 7, 2005
(Date)

Signature of plaintiff(s)

4