AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

RECEIVED
2005 OCT 17 A 9:58

_____ Plaintiff

V.

_____ Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:05cv991-D

I, _Phylassaphine Jackson_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Tutwiler_

   Are you employed at the institution? _no_   Do you receive any payment from the institution? _no_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ~~BP Quassa AL~~

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. BP Quassa, AL 1999

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other sources   ☐ Yes   ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

10/7/05
Date

Phylassaphnii Jackson
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                        TUTWILER PRISON
SEP. 20, 2005          INMATE DEPOSITS         RECEIPT#: 2005020878

RECEIVED OF: JACKSON, PHYLASSAPHI    AIS#: 171926    BED ID: 5  023B
   $0.23    PREVIOUS BALANCE       DEPOSIT SENT BY:  IZONER RHODES
  $25.00    NET DEPOSIT            DEPOSIT DOCUMENT: TRAVELERS EXPRE
   $0.00    C.O.P. DEDUCTED        CASE#:   N/A     DOC.#: 46536344118
   $0.00                           CASE#:   N/A     MAIL LOG#: N/A
                 2005 OCT 17  A 9:57
  $25.23    CURRENT BALANCE        POSTED BY: LISA GOODWIN
```

10/12/05

RECEIVED

This is to certify that I have shown no funds in PMOD. I am unable to pay the filing fee & service cost. I am currently confined to a dorm where I'm unable to get anything notarized so please accept this.

Thank you,

Phylossiphina Jackson
Phylossiphina Jackson