Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frank Albright, Warden
Julia Tutwiler Prison for Women
8966 U.S. Hwy 231 North
Wetumpka, AL 36092

2:05CV991 (cmp + order 40 days)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosa Robinson   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rosa Robinson
C. Date of Delivery: 10/27/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 2680

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alex Amoomu, COI
Julia Tutwiler Prison for Women
8966 U.S. Hwy 231 North
Wetumpka, AL 36092

2:05CV991 (cmp + order 40 days)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosa Robinson   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rosa Robinson
C. Date of Delivery: 10-27-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 2962 2697

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

SCANNED
DMW 10/28 11:43

Jackson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Cynthia Wheeler, Captain
Julia Tutwiler Prison for Women
8966 U.S. Hwy 231 North
Wetumpka, AL 36092

2:05cv991 (cmp + order to ans)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Rosa Robinson
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Rosa Robinson

C. Date of Delivery
10/27/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 2703

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540