IN THE UNITIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **PHYLASSAPHINE JACKSON, 171926** <br> PLANTIFF, | * |
| | * |
| VS. | |
| | *   **CIVIL ACTION:** 2:05 CV 991-D |
| **DEPUTY WARDEN FRANK ALBRIGHT** <br> DEFENDANT(S) | * |
| | * |

**AFFIDAVIT**

Before me the undersigned a Notary Public, this day personally appeared Frank Albright, who being duly sworn deposes and makes the following statement.

My name is Frank Albright. I am an individual over the age of nineteen years and am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U. S. Highway 231, in Wetumpka, Alabama. I am employed in this capacity as Warden II. I have read the complaint in the above referenced case and make the following statement.

I have read the complaint in the above referenced case. I make the following statements in defense thereof; On September 21, 2005, Warden Gladys S. Deese advised me that inmate Phylassaphine Jackson (B/F 171926) alleged she was sexually assaulted by Correctional Officer Alex Amamoo on September 17, 2005. Officer Amamoo was immediately relieved of his duties and placed on annual leave for September 21, 2005, and was asked to report to the Intelligence and Investigations Division on the morning of September 22, 2005 for questioning. Inmate Jackson, who was already housed in the Restriction Dorm for pending investigation of violation of institutional rules, was directed to remain there per Warden Deese for inmate Jackson's own protection. While the I and I Division investigated inmate Jackson's claim, Officer Amamoo was restricted from working inside the institution where inmate Jackson was housed. On October 3, 2005, I received information that inmate Jackson's allegations were unfounded and allowed Officer Amamoo to return to the inside of the institution, but restricted him to Dormitory

10, a dormitory that is located outside the main campus, again to protect inmate Jackson. On October 21, 2005, inmate Jackson was released from the Restriction Dorm. On October 26, 2005, I received the Investigative Report from I and I, which stated that inmate Jackson's allegations were unfounded, that the healthcare examination concluded that there was no trauma or lacerations to inmate Jackson's vaginal area and that the polygraph showed that inmate Jackson was deceptive about Officer Amamoo committing a sexual assault against her. On November 3, 2005, Officer Amamoo was officially cleared of all charges and allowed to return to normal work assignments within Tutwiler Prison's main campus. I deny violating any of inmate Jackson's constitutional rights.

_____
Affiant

Sworn and subscribed before me this 21 day of November, 2005.

_____
Notary Public
My commission expires 06/21/2009.