IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PYLASSAPHINE JACKSON # 171926

    Plaintiff,

v.                                CIVIL ACTION NO. 2: 05-CV-991-D

CYNTHIA WHEELER (CAPTAIN),
Et al,

    Defendant.

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Alex Amamoo, who being duly sworn deposes and makes the following statement:

My name is Alex Amamoo. I am an individual over the age of nineteen years and am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U.S. Highway 231, Wetumpka, Alabama. I am employed in the capacity of Correctional Officer I. I have read the complaint and make the following statement:

I deny any claim that I sexually assaulted Inmate Phylassaphine Jackson, AIS No. 171926. Inmate Jackson claimed that I caught her in the restroom area on September 17, 2005, smoking and instead of writing her up for breaking institutional rules, that I sexually assaulted her. Inmate Jackson falsely accused me of a crime that I did not commit and has caused me a lot of trouble by lying on my name. I am a new officer to the Department of Corrections having graduated in the last class in July of this year. I was placed under investigation by I & I and had to go to the Criminal Justice Complex in Montgomery to meet with Ms. Mary Jo Carr and Mr. Edward Sasser. I was willing to take a lie detector test and give DNA, but they never asked for it.

We had a recorded meeting and they asked me questions about my duties in the dormitory. I told the investigator that I did not catch anyone smoking on September 17, 2005, and I did not sexually assault Inmate Jackson.

Investigator Mary Jo Carr then asked why did the inmate go through with this if she was giving them false information? I answered the investigator that it was because I carry out my job in a firm and professional manner and I make sure that the inmates conduct themselves in an orderly manner. I did not let Inmate Jackson sleep in the back of the dorm or another bed that was vacant; I made Inmate Jackson sleep in her bed in her own living area. I also did not allow Inmate Jackson to stand in the doorway of the dormitory and speak with other inmates that were walking down the hall. So that made her have an insubordinate attitude. I told Inmate Jackson to comply or I would have to use disciplinary action toward her.

Inmate Jackson could not get her way so she falsely accused me of this crime. After three weeks of investigation, I was cleared of all charges and put back on the hall to continue my duties.

_____ Affiant

Sworn to and subscribed before me this __17th__ day of September, 2005.

_____ Notary Public

My commission expires __8-14-2006__