IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHYLASSAPHINE JACKSON, #171926, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv991-D |
| | ) | WO |
| CYNTHIA WHEELER (CAPTAIN), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the opinion and order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the above-styled cause be and the same is hereby DISMISSED as moot as a more favorable decision on the merits would not entitle her to any additional relief.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of February, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE